# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JOSHUA WATSON**                                                                **PLAINTIFF**
**ADC #659761**

**v.**                             **Case No. 4:17-cv-00412-KGB/JTK**

**TIM RYALS,** *et al.*,                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 6). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 6). Accordingly, plaintiff Joshua Watson's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1).

So ordered this the 19th day of January, 2018.

_____
Kristine G. Baker
United States District Judge