# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOSHUA WATSON**  **PLAINTIFF**
ADC #659761

v.  Case No. 4:17-cv-00412-KGB/JTK

**TIM RYALS,** *et al.*,  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Joshua Watson's claims against defendants Tim Ryals, Chris Riedmueller, Gary Andrews, and unknown staff employed by the Faulkner County Sheriff's Department are dismissed without prejudice (Dkt. No. 1).

So adjudged this the 19th day of January, 2018.

*[signature]*

Kristine G. Baker
United States District Judge